UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Satanic Temple, Inc.<br><br>Plaintiff,<br><br>v.<br><br>City of Belle Plaine, MN,<br><br>Defendant. | Case No. 21-CV-00336 (WMW/LIB)<br><br>**DEFENDANT'S<br>MOTION TO DISMISS** |

Defendant City of Belle Plaine hereby moves the United States District Court for the District of Minnesota for an Order dismissing Plaintiff's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

This motion is based on the memorandum of law and accompanying documents filed pursuant to Local Rule 7.1, any further evidence and argument to be presented at or before the hearing before the Court, and all of the files, records, and proceedings herein.

Dated: March 1, 2021	**GREENE ESPEL PLLP**

_s/Monte A. Mills_
Monte A. Mills, Reg. No. 030458X
Katherine M. Swenson, Reg. No. 0389280
222 S. Ninth Street, Suite 220
Minneapolis MN 55402
mmills@greeneespel.com
kswenson@greeneespel.com
(612) 373-0830

Attorneys for Defendant