## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The Satanic Temple, Inc.

              Plaintiff,

v.

City of Belle Plaine, MN,

              Defendant.

Case No. 21-CV-00336 (WMW/LIB)

**DEFENDANT'S MOTION FOR RULE 11 SANCTIONS AGAINST PLAINTIFF'S COUNSEL**

Defendant City of Belle Plaine hereby moves the Court for an order granting sanctions against counsel for Plaintiff Satanic Temple, Inc. under Federal Rule of Civil Procedure 11(c).

This motion is based on the memorandum of law and accompanying documents filed pursuant to Local Rule 7.1, any further evidence and argument to be presented at or before the hearing before the Court, and all of the files, records, and proceedings herein.

Dated: February 19, 2021

**GREENE ESPEL PLLP**

 s/  *Monte A. Mills*
Monte A. Mills, Reg. No. 030458X
Katherine M. Swenson, Reg. No. 0389280
222 S. Ninth Street, Suite 220
Minneapolis MN 55402
mmills@greeneespel.com
kswenson@greeneespel.com
(612) 373-0830

Attorneys for Defendant