# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| The Satanic Temple, Inc. | Case No. 21-CV-00336 (WMW/LIB) |
| Plaintiff, | |
| v. | MEET-AND-CONFER STATEMENT FOR DEFENDANT'S MOTION FOR RULE 11 SANCTIONS AGAINST PLAINTIFF'S COUNSEL |
| City of Belle Plaine, MN, | |
| Defendant. | |

I hereby certify that, in compliance with Local Rule 7.1(a), I met and conferred with counsel for Plaintiff Satanic Temple, Inc. regarding Defendant City of Belle Plaine's motion for Rule 11 sanctions. Specifically, on February 19, 2021, I served Plaintiff's counsel by email with both the motion and the supporting memorandum that are being filed with the Court today. I also requested that Plaintiff's counsel withdraw their complaint, informed them that Defendant would be preparing a motion to dismiss, and informed them that failure to withdraw the pleading in 21 days would result in our filing the Rule 11 motion with the Court. I received no response to that email. On February 25, I again emailed Plaintiff's counsel and asked if Plaintiff is willing to dismiss its complaint. I received no response to that second email.

Dated: March 15, 2021          **GREENE ESPEL PLLP**

                                 *s/ Monte A. Mills*
                                 Monte A. Mills, Reg. No. 030458X
                                 Katherine M. Swenson, Reg. No. 0389280
                                 222 S. Ninth Street, Suite 220
                                 Minneapolis MN 55402
                                 mmills@greeneespel.com
                                 kswenson@greeneespel.com
                                 (612) 373-0830

                                 Attorneys for Defendant