UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Satanic Temple, Inc.<br><br>Plaintiff,<br><br>v.<br><br>City of Belle Plaine, MN,<br><br>Defendant. | Case No. 21-CV-00336 (WMW/LIB)<br><br>[PROPOSED]<br>ORDER GRANTING<br>DEFENDANT'S MOTION FOR<br>RULE 11 SANCTIONS AGAINST<br>PLAINTIFF'S COUNSEL |

This matter is before the undersigned on Defendant's Motion for Rule 11 Sanctions Against Plaintiff's Counsel. Based upon the arguments of counsel and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion is **GRANTED**.

2. Plaintiff's counsel (Matthew Kezhaya of Kezhaya Law PLC and Jason S. Juran of Robert R. Hopper and Associates LLC) shall pay the reasonable attorneys' fees and other expenses that Defendant incurred in connection with this motion for sanctions and Defendant's motion to dismiss.

3. Within fourteen (14) days of this Order, Defendant shall, through its counsel, submit a declaration detailing the attorneys' fees and expenses incurred in connection with this motion for sanctions and

Defendant's motion to dismiss. The Court will review the information and issue a follow-up order identifying the amount of fees and expenses to be paid by Plaintiff's counsel.

4. Plaintiff's counsel shall pay an additional sanction of $5,000 to the Court to deter future misconduct. *See Landscape Props., Inc. v. Whisenhunt*, 127 F.3d 678, 682, 685 (8th Cir. 1997).

5. Mr. Kezhaya, Mr. Juran, and their respective law firms are jointly and severally responsible for paying the sanctions imposed by this Order.

Dated: _____

_____
Honorable Wilhelmina M. Wright
United States District Court
District of Minnesota