IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE SATANIC TEMPLE, INC.<br><br>PLAINTIFF,<br><br>V.<br><br>CITY OF BELLE PLAINE, MN<br><br>DEFENDANT. | CASE NO. 21-CV-00336 (WMW/LIB)<br><br>LOCAL RULE 7.1(F) AND 7.1(H)<br>CERTIFICATE OF COMPLIANCE |

I, Matthew A. Kezhaya certify that Plaintiff's Memorandum in Law in Opposition of Defendants' Motion for Judgment on the Pleadings complies with Local Rule 7.1(f).

I further certify that in preparation of the above document, I used Microsoft Office 365 and this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains the following number of words: 11918

Dated: March 22, 2021

   /s/ Matthew A. Kezhaya