UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Satanic Temple, Inc.<br><br>Plaintiff,<br><br>v.<br><br>City of Belle Plaine, MN,<br><br>Defendant. | Case No. 21-CV-00336 (WMW/LIB)<br><br>**DECLARATION OF DAWN MEYER** |

I, Dawn Meyer, hereby declare:

1. I am the City Administrator for the City of Belle Plaine, Minnesota (the "City). I make and submit this declaration based on my personal knowledge during all relevant times of the matters stated herein and in support of the City's Motion to Dismiss.

2. The Belle Plaine City Council conducts its regular meetings on the first and third Mondays of each month, and workshops or special meetings as necessary. The City Council agendas and meeting packets generally are available to the public at least three days in advance of any City Council meeting. Persons interested in doing so may request to be placed on a City Council meeting agenda by contacting the City administration office. Meeting minutes are published after they are approved at the following City Council meeting.

3. As I testified on behalf of the City of Belle Plaine in a deposition on February 8, 2021, the City Council did not have a workshop meeting or other meeting on or about July 10, 2017. Attached hereto as Exhibit A is a true and correct copy of excerpts from my deposition testimony, along with a copy of Deposition Exhibit 7 discussed therein.

I declare under perjury that the foregoing is true and correct and this declaration was executed this 25th day of March, 2021, in the City of Belle Plaine, County of Scott, State of Minnesota.

s/ *Dawn Meyer*
Dawn Meyer