# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.** <br><br> PLAINTIFF, <br><br> v. <br><br> **CITY OF BELLE PLAINE, MN** <br><br> DEFENDANT. | Case No. 21-CV-00336 (WMW/LIB) <br><br><br> **MOTION TO STRIKE DECLARATION OF DAWN MEYER** |

---

Plaintiff The Satanic Temple, Inc., hereby moves the Court pursuant to Federal Rules of Civil Procedure 12 and 56 and Local Rule 7.1, for an Order granting Plaintiff's Motion to Strike the Declaration of Dawn Meyer. This Motion is based upon all the records, files, and proceedings herein, together with a Memorandum of Law and any supporting Affidavits and Declarations to be later filed.

Respectfully submitted,

Dated: April 13, 2021

                                         **KEZHAYA LAW, PLC**

                                         */s/ Matthew A. Kezhaya*
                                         Matthew A. Kezhaya, Esq. ABA # 2014161
                                         Kezhaya Law PLC
                                         1202 NE McClain Rd
                                         Bentonville, AR 72712
                                         p: (479) 431-6112
                                         f: (479) 282-2892
                                         e: matt@kezhaya.law

**ROBERT R. HOPPER & ASSOCIATES, L.L.C.**

*/s/ Jason S. Juran*
Jason S. Juran, Esq. (#397935)
Robert R. Hopper, Esq. (#208760)
333 South 7th Street, Suite 2450
Minneapolis, MN 55402
T: (612) 455-2199
E: jason.juran@robertrhopper.com
E: robert.hopper@robertrhopper.com

**ATTORNEYS FOR PLAINTIFF**