IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.**<br><br>PLAINTIFF,<br><br>v.<br><br>**CITY OF BELLE PLAINE, MN**<br><br>DEFENDANT. | Case No. 21-CV-00336 (WMW/LIB)<br><br>**PLAINTIFF'S LR 7.1(A) MEET & CONFER STATEMENT** |

**CERTIFICATION LR 7.1(A)**

I certify that I met and conferred with counsel of record on April 13, 2021 to discuss Plaintiff's motion to strike. The parties were unable to reach a resolution on any part of this motion.

Respectfully submitted,

Dated: April 13, 2021

**KEZHAYA LAW, PLC**

*/s/ Matthew A. Kezhaya*
Matthew A. Kezhaya, Esq. ABA#2014161
Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
p: (479) 431-6112
f: (479) 282-2892
e: matt@kezhaya.law

1