# UNITED STATES DISTRICT COURT
## District of Minnesota

Satanic Temple, Inc., The,

                **AMENDED**

                **JUDGMENT IN A CIVIL CASE**

          Plaintiff,

v.                                        Case Number: 21-cv-336 WMW/JFD

City of Belle Plaine, MN,

          Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED THAT:

    1.    Defendant's motion for summary judgment as to Plaintiff's promissory estoppel claim in *Satanic Temple I*, No. 19-cv-1122, (Dkt. 81), is **GRANTED**.

    2.    Plaintiff's motion to strike in *Satanic Temple I*, No. 19-cv-1122, (Dkt. 100), is **DENIED**.

    3.    The magistrate judge's January 26, 2021 Order in *Satanic Temple I*, No. 19-cv-1122, (Dkt. 79), is **AFFIRMED**.

    4.    Defendant's motion to dismiss the complaint in *Satanic Temple II*, No. 21-cv-0336, (Dkt. 10), is **GRANTED**.

    5.    Plaintiff's motion to strike in *Satanic Temple II*, No. 21-cv-0336, (Dkt. 29),

is **DENIED**.

6. Defendant's motion for sanctions in *Satanic Temple II*, No. 21-cv-0336, (Dkt. 17), is **GRANTED**. Within fourteen days after the date of this Order, Defendant shall file a motion and supporting evidence as to the attorneys' fees Defendant incurred responding to the complaint and seeking sanctions in *Satanic Temple II*, No. 21-cv-0336.

Date: 9/17/2021                                                                 KATE M. FOGARTY, CLERK