# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.** | **CASE NO.** 21-CV-336 (WMW/JFD) |
| PLAINTIFF, | |
| v. | **AMENDED NOTICE OF APPEAL** |
| **CITY OF BELLE PLAINE, MN** | |
| DEFENDANT. | |

**NOTICE IS HEREBY GIVEN** that The Satanic Temple, Inc., the plaintiff in the above case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the amended order which (1) granted Defendant's motion to dismiss with prejudice; and (2) granted Defendant's motion for sanctions, said order having been entered in this case on September 15, 2021 and amended on September 17, 2021 (the amendment corrected the Plaintiff's name from "The Satanic Temple" to "The Satanic Temple**, Inc.**" and is otherwise unchanged).

Respectfully submitted on September 17, 2021, on behalf of Plaintiff
By: /s/ Matthew A. Kezhaya
Matthew A. Kezhaya, ABA# 2014161
**KEZHAYA LAW PLC**
1202 NE McClain Rd
Bentonville, AR 72712
phone: (479) 431-6112
facsimile: (479) 282-2892
email: matt@kezhaya.law

## CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on September 17, 2021 which sends service to registered users, including all other counsel of record in this cause. /s/ Matthew A. Kezhaya