# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Satanic Temple, Inc., The | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 21-cv-00336-WMW-JFD |
| City of Belle Plaine, MN | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant City of Belle Plaine, MN's motion for attorneys' fees, (Dkt. 49), is **GRANTED IN PART AND DENIED IN PART** as addressed herein.

2. Defendant City of Belle Plaine, MN, is awarded reasonable attorneys' fees, pursuant to Federal Rule of Civil Procedure 11(c), in the amount of $16,943.40.

3. Plaintiff The Satanic Temple, Inc.'s counsel—namely, Matthew A. Kezhaya, Jason Scott Juron, Robert R. Hopper, and their respective law firms—are jointly and severally liable, pursuant to Federal Rule of Civil Procedure 11(c), for the sanctions imposed by this Order.

4. The sanctions imposed by this Order shall be paid to Greene Espel PLLP within 14 days after the date of this Order.

Date: 5/25/2022                                                                KATE M. FOGARTY, CLERK