IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW A. KEZHAYA, as<br>  Real Party-Appellant in Interest<br><br>*V.*<br><br>CITY OF BELLE PLAINE, MN, as<br><br>  Defendant-Appellee<br><br>and<br><br>GREENE ESPEL PLLP, as<br>  Real Party-Appellee in Interest. | CASE NO.<br>21-CV-336 (WMW/JFD)<br><br><br><br><br>NOTICE OF APPEAL |

**NOTICE IS HEREBY GIVEN** that Matthew A. Kezhaya (the real party-appellant in interest on the issue of monetary sanctions), appearing *pro se*, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the order granting money judgment in the amount of $16,943.40 as monetary sanctions under Rule 11(c), to be paid within 14 days to Greene Espel PLLP (the real party-appellee in interest on the monetary sanctions), jointly and severally by Matthew A. Kezhaya, Jason S. Juron, and Robert R. Hopper and their respective law firms; on the account for Belle Plaine in this matter. Doc. 58 (order, entered on May 24, 2022); Doc. 59 (judgment, entered on May 25, 2022).

Appellate jurisdiction on the collateral issue of sanctions was unavailable

until after the order assessing money judgment was entered. *Lee v. L.B. Sales, Inc.*, 177 F.3d 714, 717 (8th Cir. 1999). The orders of dismissal were otherwise a "final judgment" for purposes of 28 USC § 1291 because the "entire controversy" had been resolved among the parties to the litigation. *See Morris v. Barkbuster*, Inc., 923 F.2d 1277, 1280 (8th Cir. 1991). This notice is therefore timely.

|      | Respectfully submitted on June 2, 2022, |
|-----:|:----|
| By:  | /s/ Matthew A. Kezhaya, *pro se* |
|      | Matthew A. Kezhaya, MN# 0402193 |
|      | Kezhaya Law PLC |
|      | 333 N. Washington Ave. # 300 |
|      | Minneapolis, MN  55401 |
| phone: | (479) 431-6112 |
| email: | matt@kezhaya.law |

### Certificate and Notice of Service

**Notice is given** that I, Matthew A. Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on June 2, 2022 which sends service to registered users, including all other counsel of record in this cause. s/ Matthew A. Kezhaya