```
DUPLICATE

Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641114302
Cashier ID: jmoreno
Transaction Date: 06/07/2022
Payer Name: KEZHAYA LAW LLC
----------------------------------------
TREASURY REGISTRY
 For: KEZHAYA LAW LLC
 Case/Party: D-MNX-0-21-CV-000336-001
 Amount:          $16,943.40
----------------------------------------
CHECK
 Check/Money Order Num: 0504
 Amt Tendered:    $16,943.40
----------------------------------------
Total Due:       $16,943.40
Total Tendered:  $16,943.40
Change Amt:      $0.00
```

RECEIVED
JUN 07 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUN 08 2022
U.S. DISTRICT COURT MPLS